# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

CUSTOM CABLE INDUSTRIES, INC.          Case No. 8:10-bk-18478-MGW

      Debtor.                                              Chapter 11

_____/

## CASE MANAGEMENT SUMMARY

CUSTOM CABLE INDUSTRIES, INC. ("Debtor") submits the following as its Case Management Summary as required by the Administrative Order Establishing Initial Procedures in Chapter 11 Cases filed in the Middle District of Florida, dated January 28, 2009.

**1.     Description of Debtor's Business.**

The Debtor is a full line provider of connectivity and information transfer solutions. The Debtor operates in two primary divisions: Cable Manufacturing, which manufactures and distributes audio and video cables, patch cords, central office cables and fiber optic cables; and Workplace Connectivity, which designs and installs customized cable solutions for data transmission. The Debtor has approximately 149 full-time employees. Of those employees approximately 38 are salaried employees and 111 are hourly employees, with the bulk of the employees in Tampa, and the rest in Orlando, Atlanta, and Anaheim. The Debtor has particular expertise in high value-added specialty cable assemblies and in projects where logistical support or frequent short lead-time deliveries are required.

The Debtor's revenues for the 12 months ended June 2010 were approximately $19 million. In percentage terms, its revenue from Cable Manufacturing and Workplace

Connectivity is 75% and 25%, respectively. The Company's management expects revenues for its fiscal year ended February 2011 to be approximately $23 million.

The Debtor was purchased in July 2008 for approximately $18 million in a highly leveraged transaction. ComVest Capital, LLC ("ComVest") provided secured financing up to $14 million. The Debtor's owner, HWI Technologies, LLC ("HWI"), pledged 100 percent of its interest in the Debtor to ComVest and also granted ComVest an option and warrant to obtain a fifty one (51) percent interest in HWI under certain conditions.

2. **Location of Debtor's Operation and Whether Leased or Owned.**

The Debtor's headquarters are in Tampa, at 3221 Cherry Palm Drive, Tampa, Florida 33619. The premises are leased. The Debtor has three other locations, which are also leased: (1) 7641 Currency Drive, Orlando, FL 32809; (2) 4985 E. Landon Drive, Anaheim, CA 92807; and (3) 5980 Unity Drive N.W., Suite E, Norcross, GA 30071. The Georgia location is no longer operational.

3. **Reasons for Filing Chapter 11.**

Within 18 months of the pledge to ComVest, the Debtor was in financial distress due primarily to the loss of a key product contract with a large customer and a major economic recession. Revenues, which peaked at approximately $36 million in fiscal year 2009, fell to approximately $20 million in fiscal year 2010. Operating income dropped from approximately $5 million in fiscal year 2009 to an operating loss of approximately $4 million in fiscal year 2010. As a result, the Debtor could no longer service its debt and defaulted on its senior credit facility. By January 2010, ComVest had acquired 51 percent of the equity of HWI pursuant to its option and warrant. Gregg Stewart was appointed Chief Restructuring Officer and General

Manager of the Debtor, replacing former Chief Executive Officer Martin Hunt. Mr. Hunt subsequently filed a lawsuit against the Debtor and three of its directors.

In May 2010, ComVest, the Debtor's secured lender, filed a foreclosure proceeding in Florida state court. The Debtor filed an answer and defenses to the complaint. ComVest filed a motion for summary judgment and noticed a hearing on the Motion for August 3, 2010.

4. **List of Officers and Directors, if Applicable, and Their Salaries and Benefits at the time of Filing and During the One Year Prior to Filing.**

Mr. Kenneth Tadle is the Vice President as well as the Group Controller of the Debtor and is active in the day-to-day operations of its business. He does not own any portion of the Debtor. In the 12 months prior to the filing of the Chapter 11 Petition, Mr. Tadle was receiving $77,000.00 as annual salary, as well as a bonus of thirty-five percent (35%) of his base salary (or $26,950.00), earned only if the Debtor reaches its adjusted EBITDA budget of $1,916,450.00.

Mr. Gregg F. Stewart is the Chief Restructuring Officer and General Manager of the Debtor. The Debtor has sought to assume Mr. Stewart's employment agreement, through his company Rinnovo Management, LLC, at his contract rate of $250.00/hour.

5. **Debtor's Annual Gross Revenues.**

Debtor's gross revenues for fiscal year 2010 were approximately $20 million.

6. **Amounts Owed to Various Classes of Creditors.**

a. Obligations owed to priority creditors such as governmental creditors for taxes. The Debtor has a tax lien owing to the Florida Department of Revenue in the amount of $12,177.27. The Debtor has also scheduled $97,477.24 owing to employees for one week's work performed pre-petition. However, this amount is scheduled as contingent as it is the subject of an emergency motion to pay pre-petition wages.

b. <u>Identity, collateral, and amounts owed to secured creditors</u>. ComVest is the Debtor's secured lender. ComVest has a blanket lien on substantially all of the Debtor's assets, including accounts receivable and inventory, and is owed approximately $11.35 million, excluding default interest and fees. Of this amount, approximately $7.38 million in principal is owed on the "Term Loan" and approximately $3.2 million in principal is owed on the "Revolver."

c. <u>Amount of unsecured claims</u>. Unsecured claims in this case total approximately $4,485,328.38.

7. **General Description and Approximate Value of Debtor's Current and Fixed Assets.**

The Debtor's assets include approximately $462,369.44 in cash on hand, $3,364,289.00, in accounts receivable, $1,068,995.94 in furniture, fixtures and equipment, and $1,299,014.61 in inventory.

8. **Number of Employees and Amounts of Wages Owed as of Petition Date.**

The Debtor has approximately 149 full-time employees. Of those employees approximately 38 are salaried employees and 111 are hourly employees (collectively, the "<u>Employees</u>"). The Debtor pays the Employees with direct deposit or check, using Automatic Data Processing, Inc. ("<u>ADP</u>"), a payroll service. Payroll is to be submitted to ADP by 4:00 p.m. on the Tuesday prior to the pay date. Funds are then withdrawn from the Debtor's disbursement account on the Thursday prior to the pay date. The Employees are paid bi-weekly, one week in arrears. No single hourly employee is believed to be owed more than $10,950. The Debtor's pre-petition payroll to the Employees is approximately $97,477.24.

**9. Status of Debtor's Payroll and Sales/Use Tax Obligations, if Applicable.**

Debtor's payroll and sales/use tax obligations were current as of the petition date, as the Debtor uses ADP; however, shortly after filing, Debtor will owe approximately $9,046.73 of sales/use tax, and approximately $23,000 of payroll taxes.

**10. Anticipated Emergency Relief to be Requested Within 14 Days from the Petition Date.**

a. Debtor has sought authority to pay pre-petition wages;

b. Debtor has sought authority to use cash collateral;

c. Debtor will seek authority to pay certain critical vendors;

d. Debtor will seek authority to pay officer's salary; and

e. Debtor will seek authority to assume agreement with Rinnovo Management, LLC

and retain Gregg Stewart as General Manager and Chief Restructuring Officer.

/s/ Stephanie Crane Lieb
MICHAEL P. HORAN
Florida Bar No. 0307742
mphoran@trenam.com
STEPHANIE CRANE LIEB
Florida Bar No. 0031806
slieb@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE,
O'NEILL & MULLIS, P.A.
Suite 2700, Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
Telephone: (813) 223-7474
Fax: (813) 229-6553
Proposed Attorneys for Custom Cable Industries, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing CASE MANAGEMENT SUMMARY was filed via the Court's ECF System and served via ECF and U.S. Mail to: **Debtor**, Custom Cable Industries, Inc., 3221 Cherry Palm Drive, Tampa, Florida 33619; **Debtor's Counsel**, Michael P. Horan, Esquire, Trenam Kemker, P.O. Box 1102, Tampa, Florida 33601; **United States Trustee**, 501 East Polk Street, Tampa, Florida 33602 **LBR 1007-2 Parties in Interest List**; and **Counsel for ComVest Capital, LLC**, RJ Haughey, Esquire, Sivyer, Barlow & Watson, P.A., 401 E. Jackson Street, Suite 2225, Tampa, Florida 33602; on this 2nd day of August, 2010.

/s/ Stephanie Crane Lieb