UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CUSTOM CABLE INDUSTRIES, INC.,

Case No. 8:10-bk-18478-MGW

Debtor.
_____/

**UNITED STATES TRUSTEE'S NOTICE OF**
**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee, by and through his undersigned counsel, hereby appoints

the following unsecured creditors who are willing to serve as members of the Committee of

Unsecured Creditors:

1.    James E. Lewis, Corporate Credit Manager
      Heiland Electronics, Inc.
      58 Johnson Road
      Wilmington, MA 01887
      Tel: 978-988-3424

2.    Lorenz Cartellieri, President
      Experior Laboratories, Inc.
      1635 Ives Avenue
      Oxnard, CA 93033
      Tel: 803-483-3400

3.    Mary K. Finnerty, Finance Manager
      Senko Advanced Components, Inc.
      225 Cedar Hill Street
      Marlborough, MA 01752
      Tel: 508-481-9999

4.    Jim Thompson, General Manager
      Shaxon Industries, Inc.
      4950 E. Hunter Ave.
      Anaheim, CA 92807
      Tel: 714-779-1140

5.      Jim Shadrix, Credit Manager
        Superior Essex Communications, LP
        6120 Powers Ferry Road
        Atlanta, GA 30339-2923
        Tel: 770-657-6000

August 18, 2010

                        Respectfully submitted,
                        DONALD F. WALTON
                        United States Trustee, Region 21

                        By:/s/ Theresa M. Boatner
                            Theresa M. Boatner
                            Trial Attorney, FBN: 0449644
                            501 East Polk St.
                            Suite 1200
                            Tampa, FL   33602
                            Telephone:  (813) 228-2000
                            Fax (813) 228-2303

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS has been furnished by United States Mail and by facsimile as indicated this 18th day of August, 2010, to the following:

Custom Cable Industries, Inc.
3221 Cherry Palm Dr.
Tampa, FL 33616-8359

Michael Horan, Esq.
1600 Bank of America Tower
200 Central Avenue
St. Petersburg, FL 33701

James E. Lewis, Corporate Credit Manager
Heiland Electronics, Inc.
58 Johnson Road
Wilmington, MA 01887
(via facsimile)

Lorenz Cartellieri, President
Experior Laboratories, Inc.
1635 Ives Avenue
Oxnard, CA 93033
(via facsimile)

Mary K. Finnerty, Finance Manager
Senko Advanced Components, Inc.
225 Cedar Hill Street
Marlborough, MA 01752
(via facsimile)

Jim Thompson, General Manager
Shaxon Industries, Inc.
4950 E. Hunter Ave.
Anaheim, CA 92807
(via facsimile)

Jim Shadrix, Credit Manager
Superior Essex Communications, LP
6120 Powers Ferry Road
Atlanta, GA 30339-2923

/s/ Theresa M. Boatner
Theresa M. Boatner
Trial Attorney

3